**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 16-6363

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ORONDE S. MABRY, a/k/a Oronde' Sylvester Mabry,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.   Robert E. Payne, Senior District Judge.   (3:07-cr-00028-REP-2)

Submitted:  July 28, 2016              Decided:  August 2, 2016

Before MOTZ and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Oronde S. Mabry, Appellant Pro Se.  Richard Daniel Cooke, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Oronde S. Mabry appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) (2012) motion for reduction of sentence. We have reviewed the record and find no reversible error. See United States v. Mann, 709 F.3d 301, 304 (4th Cir. 2013) (reviewing district court's decision under § 3582(c)(2) for abuse of discretion). Accordingly, we affirm for the reasons stated by the district court. United States v. Mabry, No. 3:07-cr-00028-REP-2 (E.D. Va. Feb. 25, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED